UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JUSTINA GAMBOA,

                      **Plaintiff,**               24-CV-05237 (LJL)(SN)

      -against-                             **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                      **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On October 29, 2024, the Commissioner served their answer to Plaintiff's complaint. ECF No. 11. According to the Supplemental Rules for Social Security Actions, Plaintiff's brief was due 30 days later. ECF No. 5. Because that date fell on a federal holiday, Plaintiff's deadline was December 2, 2024. Plaintiff has not filed anything with the Court and is directed to file their brief no later than Monday, December 16, 2024.

**SO ORDERED.**

                                                         SARAH NETBURN
                                                         United States Magistrate Judge

DATED:      December 3, 2024
                  New York, New York