UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JUSTINA GAMBOA,

                                 **Plaintiff,**

           -against-

COMMISSIONER OF SOCIAL SECURITY,

                                 **Defendant.**

-----------------------------------------------------------------X

24-CV-05237 (LJL)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The order entered at ECF No. 12 is VACATED. The parties are directed to follow the briefing schedule set forth at ECF No. 8. Plaintiff's brief shall be filed no later than December 30, 2024.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:     December 3, 2024
                 New York, New York