UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JUSTINA GAMBOA,

                              Plaintiff,                        24-CV-05237 (LJL)(SN)

          -against-                                  **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                             Defendant.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On December 27, 2024, the Court adopted the parties proposed briefing schedule. ECF No. 15. According to the schedule, the Commissioner's brief was due on Tuesday, April 29, 2025. Nothing has been filed. The Commissioner shall file its brief no later than Tuesday, May 6, 2025. Plaintiff's reply, if any, shall be filed no later than May 27, 2025.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                             United States Magistrate Judge

DATED:      May 1, 2025
                  New York, New York