UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
JUSTINA GAMBOA,

                                Plaintiff,                    24 **CIVIL** 5237 (LJL)(SN)

    -v-                                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-----------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 13, 2025, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Appeals Council will instruct the Administrative Law Judge to re-evaluate the medical opinions and prior administrative medical findings; further evaluate Plaintiff's symptoms; further evaluate Plaintiff's residual functional capacity; if warranted, obtain supplemental vocational expert evidence to determine whether Plaintiff can perform her past relevant work or other work in the national economy; take further action to develop the administrative record; offer Plaintiff an opportunity for a hearing; and issue a new decision.

**Dated:**  New York, New York

       May 14, 2025

                                                                   **TAMMI M. HELLWIG**
                                                                     **Clerk of Court**

                                       **BY:**       K. Mango

                                                                     **Deputy Clerk**